UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DANIEL J. WILLIS,<br><br>                Plaintiff,<br><br>v.<br><br>JEFFREY LYNN DRIVER and DRIVER<br>HEATING & COOLING, INC.,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:22-CV-118-D-BM** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the successor or representative of plaintiff Daniel J. Willis has not filed a motion for substitution within ninety days as directed by the order at [D.E. 25] entered January 30, 2023. Therefore, this action is dismissed.

**This Judgment Filed and Entered on May 5, 2023, and Copies To:**

Daniel J. Willis                (via US Mail to 105 Cherry Street, Trenton, NC 28585)

Raymond Earl Dunn, Jr.      (via CM/ECF electronic notification)

DATE: May 5, 2023              PETER A. MOORE, JR., CLERK

                                            (By)  /s/ Stephanie Mann
                                            Deputy Clerk